## IN THE IOWA DISTRICT COURT FOR JASPER COUNTY

| | |
|---|---|
| ZACHARY CLARK SEAMAN,<br>    Plaintiff, | CASE NO.: _____ |
| vs. | |
| CITY OF NEWTON, IOWA; ROB BURDESS, RANDY OLDFIELD, JOHN DOE, AUSTIN VAN MANEN, and ANDREW SHINKLE, individually and in their official capacities with the City of Newton Police Department;<br>    Defendants. | PETITION AT LAW and JURY DEMAND |

**COMES NOW**, the Plaintiff, Zachary Seaman, and for his Petition at Law and Jury Demand, respectfully states to the Court as follows:

### PARTIES

1.     Plaintiff Zachary Clark Seaman was a citizen and resident of Newton, Jasper County, Iowa at all times relevant to the events complained of here.

2.     Defendant Randy Oldfield is believed to be a citizen and a resident of Iowa and was employed as a police officer for the Newton Police Department at all times relevant to the events complained of here.

3.     Defendant John Doe is believed to be a citizen and a resident of Iowa and was employed as a police officer for the Newton Police Department at all times relevant to the events complained of here.

4.     Defendant Austin Van Manen is believed to be a citizen and a resident of Iowa and was employed as a police officer for the Newton Police Department at all times relevant to the events complained of here.

1

5.     Defendant Andrew Shinkle is believed to be a citizen and a resident of Iowa and was employed as a police officer for the Newton Police Department at all times relevant to the events complained of here.

6.     Defendant Rob Burdess is believed to be a citizen and a resident of Iowa and was employed as Chief of Police for the Newton Police Department at all times relevant to the events complained of here.

7.     Defendant City of Newton, Iowa is a municipal corporation organized and authorized to operate under the laws of the State of Iowa and is located at 101 West 4th Street South, Newton, Iowa 50208. Defendant City of Newton is responsible for maintaining and operating the Newton Police Department.

## JURISDICTION AND VENUE

8.     District court jurisdiction is proper under Iowa Code §602.6101.

9.     Venue is proper under Iowa Code §616.18 as all events, actions, injuries, and damages referenced in this Petition occurred in Jasper County, Iowa.

10.     The amount in controversy exceeds the jurisdictional limit.

## GENERAL FACTUAL ALLEGATIONS

11.     Plaintiff repleads each preceding paragraph as if fully set forth herein.

12.     On or about June 26, 2023, at or around 4:30 p.m., an unidentified individual stole a bottle of Jack Daniels Barrel Proof Single Barrel Whiskey from the Hy-Vee Liquor Store located at 1501 1st Avenue East, Newton, Iowa 50208.

13.     Upon discovery of the theft, Hy-Vee called the Newton Police Department to report the theft.

14.     On June 29, 2023, Newton Police, specifically Officer Oldfield, followed

up with Hy-Vee regarding the June 26, 2023, theft and other theft cases Hy-Vee had been subjected to.

15.     Thereafter, Officer Oldfield filed an Incident Report with the Newton Police Department as it pertained to the June 26, 2023 theft.

16.     As a result of the Incident Report, a criminal complaint was filed on or about June 30, 2023, charging Mr. Seaman with Theft in the 5th Degree.

17.     After reviewing security camera footage, Officer Oldfield wrongfully identified Mr. Seaman as the individual who "enters the store, goes over to the whiskey section and takes a bottle of Jack Daniels Barrel Proof Single Barrel and goes to the back cooler area. Seaman then puts the bottle in his pants and walks out of the store without paying."

18.     Despite his wrongful identification of Mr. Seaman, Officer Oldfield, through the Newton Police Department, requested an arrest warrant for Mr. Seaman.

19.     Once the above-mentioned request was received, the Iowa District Court for Jasper County issued an arrest warrant for Mr. Seaman.

20.     On or about July 6, 2023, at or around 1:00 a.m., Officer Doe, Officer Van Manen, and Officer Shinkle appeared at Mr. Seaman's brother's apartment to execute the arrest warrant.

21.     While maintaining his innocence, Mr. Seaman complied with the officers' requests and thereafter was taken to the Jasper County Jail where he was booked and remained overnight for a crime he did not commit.

22.     As a result of Mr. Seaman's wrongful arrest and the criminal charges

filed against him, the theft charge was set for trial on August 31, 2023.

23.     However, on or about August 25, 2023, two unnamed officers arrived at Mr. Seaman's brother's apartment and informed him they had made a mistake.

24.     After failing to exert due diligence in investigating the theft originally, on August 25, 2023, fifty days after he was arrested, the unnamed officers informed Mr. Seaman he was wrongfully identified, it was another suspect not affiliated with Mr. Seaman, and that the Theft in the 5th Degree charge against him would be dropped and he would not have to appear for trial on August 31, 2023.

25.     Throughout the entirety of the criminal matter, Mr. Seaman complied with all orders by Defendants, despite his confusion and frustration with being seized and arrested without cause.

26.     The below images illustrate the wrongful identification of Mr. Seaman. Mr. Seaman is seen on the left after he was wrongfully taken into custody, and on the right is the individual whom Officer Oldfield wrongfully identified as Mr. Seaman.

 

E-FILED  2023 NOV 21 12:12 PM JASPER - CLERK OF DISTRICT COURT

## CAUSES OF ACTION

### COUNT I
**CIVIL RIGHTS VIOLATION UNDER 42 U.S.C. § 1983**
**VIOLATION OF THE FOURTH AMENDMENT**
**TO THE UNITED STATES CONSTITUTION**
***Right to be Free from Arrest without Probable Cause***
***(Against Officer Oldfield, Officer Doe, Officer Van Manen,***
***and Officer Shinkle, individually)***

27. Plaintiff repleads each preceding paragraph as if fully set forth herein.

28. Officer Oldfield is a person for the purposes of a Section 1983 action for damages.

29. Officer Doe is a person for the purposes of a Section 1983 action for damages.

30. Officer Van Manen is a person for the purposes of a Section 1983 action for damages.

31. Officer Shinkle is a person for the purposes of a Section 1983 action for damages.

32. At all times material hereto, Officer Oldfield, Officer Doe, Officer Van Manen, and Officer Shinkle's actions and/or omissions were made under the color of authority and law as officers for the Newton Police Department.

33. On June 30, 2023, Officer Oldfield violated Mr. Seaman's constitutional rights by filing a criminal complaint and initiating an arrest warrant for Mr. Seaman without probable cause to believe a criminal offense had been committed.

34. On July 6, 2023, Officer Doe, Officer Van Manen, and Officer Shinkle violated Mr. Seaman's constitutional rights by detaining and arresting Mr. Seaman without probable cause to believe a criminal offense had been committed.

E-FILED  2023 NOV 21 12:12 PM JASPER - CLERK OF DISTRICT COURT

35.     Based on the facts known to Officer Oldfield, no reasonable officer could believe probable cause existed to file charges against Mr. Seaman or request a warrant for his arrest.

36.     Based on the facts known to Officer Doe, Officer Van Manen, and Officer Shinkle, no reasonable officer could believe probable cause existed to arrest Mr. Seaman.

37.     The arrest mandated Mr. Seaman to appear in Court and would have forced Mr. Seaman, before the dismissal, to defend his unlawful detention and arrest at trial on August 31, 2023.

38.     There was an unlawful and unjustified warrant for Mr. Seaman's arrest.

39.     Officer Oldfield, Officer Doe, Officer Van Manen, and Officer Shinkle violated Mr. Seaman's clearly established Fourth Amendment Right under the United States Constitution to be free from unlawful arrest.

40.     On June 30, 2023, and July 6, 2023, the law was clearly established a warrantless arrest made without probable cause violated the Fourth Amendment of the United States Constitution.

41.     Officer Oldfield, Officer Doe, Officer Van Manen, and Officer Shinkle demonstrated a deliberate indifference to and/or reckless disregard of Mr. Seaman's civil and constitutional rights by their unlawful arrest of Mr. Seaman.

42.     Officer Oldfield, Officer Doe, Officer Van Manen, and Officer Shinkle's actions were willful, wanton, unlawful, and in gross disregard of Mr. Seaman's civil rights, justifying an award of punitive damages.

E-FILED  2023 NOV 21 12:12 PM JASPER - CLERK OF DISTRICT COURT

43. As a direct and proximate result of Officer Oldfield, Officer Doe, Officer Van Manen, and Officer Shinkle's illegal and unjustified conduct, Mr. Seaman was injured and is entitled to recover for what he has suffered and will suffer in the future, including:

a. Deprivation of his constitutional rights;

b. Humiliation, degradation, public ridicule, loss of personal reputation, and emotional distress;

c. Actual and Compensatory Damages including, but not limited to past, present, and future pain and suffering and medical expenses;

d. Punitive damages;

e. All expenses associated with the prosecution of this action, including, but not limited to, court costs, anticipated discovery expenses, anticipated expert expenses, and the maximum legally allowable judgment interest; and

f. Any other expenses allowed by federal or state law, including but not limited to reasonable attorney's fees and costs under 42 U.S.C. §1988.

**WHEREFORE**, the Plaintiff, Zachary Clark Seaman, prays for Judgment against Defendants Randy Oldfield, John Doe, Austin Van Manen, and Andrew Shinkle, as follows:

a. Actual, Compensatory, Consequential, and all other allowable damages against Defendants in an amount as yet to be determined;

b. Compensation for violation of his constitutional rights, pain, suffering, mental anguish, and humiliation;

c. Plaintiff's costs in this action, including reasonable attorney fees and costs under 42 U.S.C. § 1988;

E-FILED  2023 NOV 21 12:12 PM JASPER - CLERK OF DISTRICT COURT

d.  Punitive damages; and

e.  Such relief as the Court deems just and equitable.

### COUNT II
**CIVIL RIGHTS VIOLATION UNDER 42 U.S.C § 1983**
**VIOLATION OF THE FOURTH AMENDMENT**
**TO THE UNITED STATES CONSTITUTION**
*Monell Liability for Arrest without Probable Cause*
*(Against Defendant Rob Burdess, individually, and City of Newton)*

44.   Plaintiff repleads each preceding paragraph as if fully set forth herein.

45.   Defendants Rob Burdess and the City of Newton are persons for the purposes of Section 1983 action for damages.

46.   At all times material hereto, Chief Burdess' actions and/or omissions were made under the color of authority as the Chief of Police for Defendant City of Newton.

47.   As Chief, Chief Burdess is responsible for supervising and training the law enforcement officers of the Newton Police Department, as well as implementing and enforcing the City's policies.

48.   Defendants failed to establish and/or maintain, and/or enforce city and/or county policies, patterns, practices, or customs for determining when probable cause exists to make an arrest.

49.   Before the events described *supra*, Defendants deliberately and with reckless disregard for the constitutional rights of its citizens failed to establish an adequate policy and procedure for training or supervising officers within the department relating to when probable cause exists to arrest an individual wrongfully identified for theft.

50.     Defendants deliberately and with reckless disregard for the constitutional rights of the people existing within their jurisdiction failed to adequately and sufficiently train and/or supervise officers within their departments regarding when probable cause exists to effectuate an arrest.

51.     The customs and practices of the Defendants involved the failure to initiate policies to ensure arrests are performed only where a person is properly identified or where probable cause exists to believe a criminal offense has been committed.

52.     The acts and/or omissions of the Defendants regarding law enforcement and filing criminal charges based on bad information amounted to deliberate indifference to the rights and safety of citizens, including Mr. Seaman.

53.     The actions and/or omissions of the Defendants intruded upon Mr. Seaman's right to be free from arrest in the absence of probable cause.

54.     The failure of the Defendants to implement effective policies, patterns, practices, and/or customs was a moving force behind, and effectively caused, Defendant Officer Oldfield, Officer Doe, Officer Van Manen, and Officer Shinkle to violate Mr. Seaman's constitutional rights.

55.     On June 30, 2023, and July 6, 2023, the law was clearly established municipal officers and municipalities could be liable for another municipal officer's warrantless detention and issuance of a citation in lieu of arrest made without probable cause which violated the Fourth Amendment of the United States Constitution.

E-FILED  2023 NOV 21 12:12 PM JASPER - CLERK OF DISTRICT COURT

56.    The Defendants' actions were willful, wanton, unlawful, and in gross disregard of the Plaintiff's civil rights, justifying an award of punitive damages.

57.    The actions and omissions of Chief Burdess and the City of Newton intruded upon Mr. Seaman's clearly established constitutional right to be free from arrest made without probable cause under the Fourth Amendment.

58.    As a direct and proximate result of the Defendants' illegal and unjustified conduct, Mr. Seaman was injured and is entitled to recover for what he has suffered and will suffer in the future, including:

    a.  Deprivation of his constitutional rights;

    b.  Humiliation, degradation, public ridicule, loss of personal reputation, and emotional distress;

    c.  Actual and Compensatory Damages including, but not limited to past, present, and future pain and suffering and medical expenses;

    d.  Punitive damages;

    e.  All expenses associated with the prosecution of this action, including, but not limited to, court costs, anticipated discovery expenses, anticipated expert expenses, and the maximum legally allowable judgment interest; and

    f.  Any other expenses allowed by federal or state law, including but not limited to reasonable attorney's fees and costs under 42 U.S.C. §1988.

**WHEREFORE**, the Plaintiff, Zachary Clark Seaman, prays for Judgment against the Defendants Chief Rob Burdess, and the City of Newton, as follows:

    a.  Actual, Compensatory, Consequential, and all other allowable damages against Defendants in an amount as yet to be determined;

    b.  Compensation for violation of his constitutional rights, pain, suffering, mental anguish, and humiliation;

    c.  Plaintiff's costs in this action, including reasonable attorney fees and costs under 42 U.S.C. § 1988;

    d.  Punitive damages; and

    e.  Such relief as the Court deems just and equitable.

<u>**COUNT III**</u>
**MALICIOUS PROSECUTION**
**(*Against Officer Oldfield individually, and in his official capacity*)**

59.    Plaintiff repleads each preceding paragraph as if fully set forth herein.

60.    Mr. Seaman was prosecuted in a criminal proceeding in *City of Newton v. Zachary Clark Seaman*, Case No. NWSMAC017002 on June 30, 2023, and charged with Theft in the 5th Degree in violation of the City of Newton Ordinance NW/130.01I.

61.    Officer Oldfield knew or had reason to know that Mr. Seaman was not the person identified stealing alcohol at Hy-Vee on or about June 26, 2023.

62.    Despite being armed with the knowledge that Mr. Seaman was not the person identified by Hy-Vee, Officer Oldfield still filed a criminal complaint charging Mr. Seaman with Theft in the 5th Degree on or about June 30, 2023.

63.    Officer Oldfield acted without probable cause.

64.    Based on the facts known to Officer Oldfield, no reasonable person could believe probable cause existed to allege Mr. Seaman was the person identified stealing from Hy-Vee and subsequently causing Mr. Seaman to be charged with a criminal offense.

65.    Officer Oldfield acted with malice.

66.     The prosecution was a cause of damages to Mr. Seaman, including incurring attorney's fees, court costs, and costs associated with defending against the criminal charge.

67.     On June 30, 2022, malicious prosecution was clearly established as a common law tort for which municipal officers could be held liable.

68.     Officer Oldfield's actions were willful, wanton, unlawful, and in gross disregard of Mr. Seaman's rights and reputation justifying an award of punitive damages.

69.     Mr. Seaman hereby requests reasonable attorney fees and costs associated with prosecuting this action as Officer Oldfield's behavior was oppressive, conniving, harsh, cruel, and/or tyrannical.

**WHEREFORE**, the Plaintiff, Zachary Clark Seaman, respectfully requests judgment against Defendant Randy Oldfield in an amount which will fully and fairly compensate him for his mental and emotional injuries and damages, compensatory and punitive damages, for attorney fees, for interests and costs as allowed by law, and such other relief as may be just under the circumstances.

<u>**COUNT IV**</u>
**FALSE ARREST**
*(Against Officer Oldfield, Officer Doe, Officer Van Manen, and Officer Shinkle, individually and in his official capacity)*

70.     Plaintiff repleads each preceding paragraph as if fully set forth herein.

71.     On July 6, 2023, Travis Foreman was detained and restrained against his will.

72.     Mr. Seaman's detention and restraint were caused and/or were

12

E-FILED 2023 NOV 21 12:12 PM JASPER - CLERK OF DISTRICT COURT

administered by Officer Oldfield, Officer Doe, Officer Van Manen, and Officer Shinkle.

73.    The detention and restraint by Officer Oldfield, Officer Doe, Officer Van Manen, and Officer Shinkle were the cause of Mr. Seaman's damages, including incurring attorney fees and costs associated with defending against the criminal charge.

74.    Officer Oldfield, Officer Doe, Officer Van Manen, and Officer Shinkle's detention and restraint of Mr. Seaman were without probable cause violating Mr. Seaman's clearly established rights.

75.    Based on the facts known to Officer Oldfield, Officer Doe, Officer Van Manen, and Officer Shinkle, no reasonable officer could believe probable cause existed to execute a warrantless seizure and subsequent arrest of Mr. Seaman.

76.    Officer Oldfield, Officer Doe, Officer Van Manen, and Officer Shinkle's arrest mandated Mr. Seaman appear in Court and would have forced Mr. Seaman, before the dismissal, to defend his unlawful detention and arrest at trial on August 31, 2023, therefore satisfying an arrest under Iowa law.

77.    Officer Oldfield, Officer Doe, Officer Van Manen, and Officer Shinkle acted with malice in the detention and restraint of Mr. Seaman.

78.    On July 6, 2023, false arrest was clearly established as a common law tort for which municipal officers could be held liable.

79.    Officer Oldfield, Officer Doe, Officer Van Manen, and Officer Shinkle's actions were willful, wanton, unlawful, and in gross disregard for Mr. Seaman's rights

E-FILED  2023 NOV 21 12:12 PM JASPER - CLERK OF DISTRICT COURT

and reputation, justifying an award of punitive damages.

80.     Plaintiff hereby requests reasonable attorney fees and costs associated with prosecuting this action as Defendants' behavior was oppressive, conniving, harsh, cruel, and/or tyrannical.

**WHEREFORE**, the Plaintiff, Zachary Clark Seaman, respectfully requests judgment against Defendant Randy Oldfield, John Doe, Austin Van Manen, and Andrew Shinkle in an amount which will fully and fairly compensate him for his mental, and emotional injuries and damages, compensatory and punitive damages, for attorney fees, for interest and costs as allowed by law, and such other relief as may be just under the circumstances.

## COUNT V
## NEGLIGENT HIRING, SUPERVISION, AND TRAINING
### *(Against Defendant Rob Burdess, individually, City of Newton)*

81.     Plaintiff repleads each preceding paragraph as if fully set forth herein.

82.     Defendants Rob Burdess and the City of Newton were the employers and/or supervisor officers of Officer Oldfield, Officer Doe, Officer Van Manen, and Officer Shinkle.

83.     As the employer, Defendants have a duty to exercise reasonable care in the hiring, retention, and supervision of individuals who, because of their employment, may pose a threat of injury to members of the public.

84.     Defendants breached their duty in the negligent and reckless supervision and training of Officer Oldfield, Officer Doe, Officer Van Manen, and Officer Shinkle as it relates to their making of false arrests and initiating malicious

prosecutions in their role as law enforcement officers for the City of Newton Police Department.

85.     Defendants knew, or in the exercise of ordinary care should have known, of the incompetence, unfitness, and dangerous characteristics of Officer Oldfield, Officer Doe, Officer Van Manen, and Officer Shinkle.

86.     The incompetence, unfitness, and dangerous characteristics of Officer Oldfield, Officer Doe, Officer Van Manen, and Officer Shinkle were a cause of damages to Plaintiff.

87.     On June 30, 2023, and July 6, 2023, negligent training and supervision was clearly established as a common law tort for which municipal officers and municipalities could be held liable.

88.     The Defendants' negligence was a proximate cause of Plaintiff's injuries.

**WHEREFORE**, the Plaintiff, Zachary Clark Seaman, respectfully requests judgment against Defendants Rob Burdess and the City of Newton in an amount which will fully and fairly compensate him for his mental, and emotional injuries and damages, compensatory damages, for interest and costs as allowed by law, and such other relief as may be just under the circumstances.

## COUNT VI
## RESPONDEAT SUPERIOR
### *(Against Defendant City of Newton)*

89.     Plaintiff repleads each preceding paragraph as if fully set forth herein.

90.     At all times material hereto, an employer-employee relationship existed between the City of Newton, as the employer, and Chief Burdess and Officer Oldfield,

E-FILED  2023 NOV 21 12:12 PM JASPER - CLERK OF DISTRICT COURT

Officer Doe, Officer Van Manen, and Officer Shinkle as employees.

91.     At all times material hereto, Officer Oldfield, Officer Doe, Officer Van Manen, and Officer Shinkle were acting within the scope of their employment with the City of Newton.

92.     On June 30, 2023, and July 6, 2023, respondeat superior was clearly established as a common law tort for which municipal officers and municipalities could be liable.

93.     As a result of the conduct and/or omissions of Defendant, Plaintiff sustained damages as discussed above in this Petition.

**WHEREFORE**, the Plaintiff, Zachary Clark Seaman, respectfully requests judgment against Defendant City of Newton in an amount which will fully and fairly compensate him for his mental, and emotional injuries and damages, compensatory damages, for interest and costs as allowed by law, and such other relief as may be just under the circumstances.

## **JURY DEMAND**

**WHEREFORE**, the Plaintiff, Zachary Clark Seaman, hereby demands a trial by jury in this matter on all counts to which Plaintiff is entitled to a jury.

E-FILED  2023 NOV 21 12:12 PM JASPER - CLERK OF DISTRICT COURT

**GRIBBLE BOLES STEWART & WITOSKY LAW**

BY: _____*/s/ Konnor L. Hodges*_____

    Konnor L. Hodges             AT0015265

BY: _____*/s/ Michael E. Altes*_____

    Michael E. Altes             AT0015666

    2015 Grand Avenue, Ste. 200

    Des Moines, Iowa 50312

    Telephone: (515) 235-0551

    Facsimile: (515) 243-3696

    Email:khodges@gbswlaw.com

          maltes@gbswlaw.com

**ATTORNEYS FOR PLAINTIFF**

17

E-FILED  2023 NOV 21 12:12 PM JASPER - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR JASPER COUNTY

| | |
|---|---|
| ZACHARY CLARK SEAMAN,<br>        Plaintiff,<br><br>vs.<br><br>CITY OF NEWTON, IOWA; ROB BURDESS, RANDY OLDFIELD, JOHN DOE, AUSTIN VAN MANEN, and ANDREW SHINKLE, individually and in their official capacities with the City of Newton Police Department;<br>        Defendants. | CASE NO.  _____<br><br><br><br>ORIGINAL NOTICE |

**TO DEFENDANT:        CITY OF NEWTON, IOWA**

You are notified that a Petition and Jury Demand has been filed in the office of the Clerk of Court in the above-captioned action. A copy of the Petition (and any documents filed with it) is attached to this Original Notice.  Plaintiff's attorneys are **Konnor L. Hodges and Michael E. Altes of Gribble Boles Stewart & Witosky Law, 2015 Grand Avenue, Ste. 200, Des Moines, IA 50312; (515) 235-0551, fax (515) 243-3696.**

This Petition was filed on November 21, 2023.

**This case has been filed in a county that uses electronic filing.** Therefore, unless the attached Petition contains a hearing date for your appearance, you must electronically file a motion or answer within twenty (20) days after service of this Original Notice upon you. If you do not, judgment by default may be rendered against you for the relief demanded in the Petition. For general rules and information on electronic filing, refer to the Iowa Court Rules Chapter 16, pertaining to the use of the electronic document management system. For court rules on protection of personal privacy in court filings, refer to Division VI of Iowa Court Rules Chapter 16.

NOTE:  The attorney who is expected to represent the Defendant should be promptly advised by Defendant of the service of this Notice.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (515) 286-3394.  If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.

E-FILED  2023 NOV 21 1:11 PM JASPER - CLERK OF DISTRICT COURT

# Iowa Judicial Branch

*Case No.*  **LACV123463**

*County*  **Jasper**

*Case Title*   ZACHARY SEAMAN V. CITY OF NEWTON ET AL

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential.  For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(515) 286-3394** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/.  **Disability access coordinators cannot provide legal advice.**

*Date Issued*  **11/21/2023 01:11:17 PM**



*District Clerk of Court or/by Clerk's Designee of* Jasper          *County*

**/s/ Karen Shields**

E-FILED  2023 NOV 21 12:12 PM JASPER - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR JASPER COUNTY

| | |
|---|---|
| ZACHARY CLARK SEAMAN,<br>     **Plaintiff,**<br><br>vs.<br><br>CITY OF NEWTON, IOWA; ROB BURDESS, RANDY OLDFIELD, JOHN DOE, AUSTIN VAN MANEN, and ANDREW SHINKLE, **individually and in their official capacities with the City of Newton Police Department;**<br>     **Defendants.** | CASE NO. _____<br><br><br>**ORIGINAL NOTICE** |

**TO DEFENDANT:**      **ROB BURDESS**

You are notified that a Petition and Jury Demand has been filed in the office of the Clerk of Court in the above-captioned action. A copy of the Petition (and any documents filed with it) is attached to this Original Notice.  Plaintiff's attorneys are **Konnor L. Hodges and Michael E. Altes of Gribble Boles Stewart & Witosky Law, 2015 Grand Avenue, Ste. 200, Des Moines, IA 50312; (515) 235-0551, fax (515) 243-3696.**

This Petition was filed on November 21, 2023.

**This case has been filed in a county that uses electronic filing.** Therefore, unless the attached Petition contains a hearing date for your appearance, you must electronically file a motion or answer within twenty (20) days after service of this Original Notice upon you. If you do not, judgment by default may be rendered against you for the relief demanded in the Petition. For general rules and information on electronic filing, refer to the Iowa Court Rules Chapter 16, pertaining to the use of the electronic document management system. For court rules on protection of personal privacy in court filings, refer to Division VI of Iowa Court Rules Chapter 16.

NOTE:  The attorney who is expected to represent the Defendant should be promptly advised by Defendant of the service of this Notice.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (515) 286-3394.  If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.

E-FILED  2023 NOV 21 1:11 PM JASPER - CLERK OF DISTRICT COURT

# Iowa Judicial Branch

*Case No.*    **LACV123463**

*County*    **Jasper**

*Case Title*    ZACHARY SEAMAN V. CITY OF NEWTON ET AL

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential.  For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(515) 286-3394** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/.  **Disability access coordinators cannot provide legal advice.**

*Date Issued*  **11/21/2023 01:11:17 PM**



*District Clerk of Court or/by Clerk's Designee of* Jasper          *County*

**/s/ Karen Shields**

E-FILED  2023 NOV 21 12:12 PM JASPER - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR JASPER COUNTY

| | |
|---|---|
| ZACHARY CLARK SEAMAN, <br>     Plaintiff, <br><br> vs. <br><br> CITY OF NEWTON, IOWA; ROB BURDESS, RANDY OLDFIELD, JOHN DOE, AUSTIN VAN MANEN, and ANDREW SHINKLE, individually and in their official capacities with the City of Newton Police Department; <br>     Defendants. | CASE NO. _____ <br><br><br><br> ORIGINAL NOTICE |

**TO DEFENDANT:**        **RANDY OLDFIELD**

You are notified that a Petition and Jury Demand has been filed in the office of the Clerk of Court in the above-captioned action. A copy of the Petition (and any documents filed with it) is attached to this Original Notice.  Plaintiff's attorneys are **Konnor L. Hodges and Michael E. Altes of Gribble Boles Stewart & Witosky Law, 2015 Grand Avenue, Ste. 200, Des Moines, IA 50312; (515) 235-0551, fax (515) 243-3696.**

This Petition was filed on November 21, 2023.

**This case has been filed in a county that uses electronic filing.** Therefore, unless the attached Petition contains a hearing date for your appearance, you must electronically file a motion or answer within twenty (20) days after service of this Original Notice upon you. If you do not, judgment by default may be rendered against you for the relief demanded in the Petition. For general rules and information on electronic filing, refer to the Iowa Court Rules Chapter 16, pertaining to the use of the electronic document management system. For court rules on protection of personal privacy in court filings, refer to Division VI of Iowa Court Rules Chapter 16.

NOTE:  The attorney who is expected to represent the Defendant should be promptly advised by Defendant of the service of this Notice.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (515) 286-3394.  If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.

E-FILED  2023 NOV 21 1:11 PM JASPER - CLERK OF DISTRICT COURT

# Iowa Judicial Branch

*Case No.*   **LACV123463**

*County*   **Jasper**

*Case Title*   ZACHARY SEAMAN V. CITY OF NEWTON ET AL

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(515) 286-3394** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/. **Disability access coordinators cannot provide legal advice.**

*Date Issued*  **11/21/2023 01:11:17 PM**



*District Clerk of Court or/by Clerk's Designee of* Jasper          *County*

**/s/ Karen Shields**

E-FILED  2023 NOV 21 12:12 PM JASPER - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR JASPER COUNTY

| | |
|---|---|
| Zachary Clark Seaman,<br>          Plaintiff,<br><br>vs.<br><br>City of Newton, Iowa; Rob Burdess, Randy Oldfield, John Doe, Austin Van Manen, and Andrew Shinkle, individually and in their official capacities with the City of Newton Police Department;<br>          Defendants. | CASE NO. _____<br><br><br>ORIGINAL NOTICE |

**TO DEFENDANT:         JOHN DOE**

You are notified that a Petition and Jury Demand has been filed in the office of the Clerk of Court in the above-captioned action. A copy of the Petition (and any documents filed with it) is attached to this Original Notice.  Plaintiff's attorneys are **Konnor L. Hodges and Michael E. Altes of Gribble Boles Stewart & Witosky Law, 2015 Grand Avenue, Ste. 200, Des Moines, IA 50312; (515) 235-0551, fax (515) 243-3696.**

This Petition was filed on November 21, 2023.

**This case has been filed in a county that uses electronic filing.** Therefore, unless the attached Petition contains a hearing date for your appearance, you must electronically file a motion or answer within twenty (20) days after service of this Original Notice upon you. If you do not, judgment by default may be rendered against you for the relief demanded in the Petition. For general rules and information on electronic filing, refer to the Iowa Court Rules Chapter 16, pertaining to the use of the electronic document management system. For court rules on protection of personal privacy in court filings, refer to Division VI of Iowa Court Rules Chapter 16.

NOTE:  The attorney who is expected to represent the Defendant should be promptly advised by Defendant of the service of this Notice.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (515) 286-3394.  If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.

E-FILED  2023 NOV 21 1:11 PM JASPER - CLERK OF DISTRICT COURT

# Iowa Judicial Branch

| | |
|---|---|
| *Case No.* | **LACV123463** |
| *County* | **Jasper** |

*Case Title*   ZACHARY SEAMAN V. CITY OF NEWTON ET AL

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential.  For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(515) 286-3394** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/.  **Disability access coordinators cannot provide legal advice.**

*Date Issued*  **11/21/2023 01:11:17 PM**



*District Clerk of Court or/by Clerk's Designee of* Jasper          *County*
**/s/ Karen Shields**

E-FILED  2023 NOV 21 12:12 PM JASPER - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR JASPER COUNTY

| | |
|---|---|
| ZACHARY CLARK SEAMAN,<br>          Plaintiff,<br><br>vs.<br><br>CITY OF NEWTON, IOWA; ROB<br>BURDESS, RANDY OLDFIELD, JOHN<br>DOE, AUSTIN VAN MANEN, and<br>ANDREW SHINKLE, individually<br>and in their official capacities<br>with the City of Newton Police<br>Department;<br>          Defendants. | CASE NO. _____<br><br><br><br>ORIGINAL NOTICE |

**TO DEFENDANT:        AUSTIN VAN MANEN**

You are notified that a Petition and Jury Demand has been filed in the office of the Clerk of Court in the above-captioned action. A copy of the Petition (and any documents filed with it) is attached to this Original Notice.  Plaintiff's attorneys are **Konnor L. Hodges and Michael E. Altes of Gribble Boles Stewart & Witosky Law, 2015 Grand Avenue, Ste. 200, Des Moines, IA 50312; (515) 235-0551, fax (515) 243-3696.**

This Petition was filed on November 21, 2023.

**This case has been filed in a county that uses electronic filing.** Therefore, unless the attached Petition contains a hearing date for your appearance, you must electronically file a motion or answer within twenty (20) days after service of this Original Notice upon you. If you do not, judgment by default may be rendered against you for the relief demanded in the Petition. For general rules and information on electronic filing, refer to the Iowa Court Rules Chapter 16, pertaining to the use of the electronic document management system. For court rules on protection of personal privacy in court filings, refer to Division VI of Iowa Court Rules Chapter 16.

NOTE:  The attorney who is expected to represent the Defendant should be promptly advised by Defendant of the service of this Notice.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (515) 286-3394.  If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.

E-FILED  2023 NOV 21 1:11 PM JASPER - CLERK OF DISTRICT COURT

# Iowa Judicial Branch

| | |
|---|---|
| *Case No.* | **LACV123463** |
| *County* | **Jasper** |

*Case Title*   ZACHARY SEAMAN V. CITY OF NEWTON ET AL

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential.  For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(515) 286-3394** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/.  **Disability access coordinators cannot provide legal advice.**

*Date Issued*  **11/21/2023 01:11:17 PM**



*District Clerk of Court or/by Clerk's Designee of*  Jasper          *County*
**/s/ Karen Shields**

E-FILED  2023 NOV 21 12:12 PM JASPER - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR JASPER COUNTY

| | |
|---|---|
| ZACHARY CLARK SEAMAN,<br>        Plaintiff,<br><br>vs.<br><br>CITY OF NEWTON, IOWA; ROB BURDESS, RANDY OLDFIELD, JOHN DOE, AUSTIN VAN MANEN, and ANDREW SHINKLE, individually and in their official capacities with the City of Newton Police Department;<br>        Defendants. | CASE NO. _____<br><br><br>ORIGINAL NOTICE |

**TO DEFENDANT:        ANDREW SHINKLE**

You are notified that a Petition and Jury Demand has been filed in the office of the Clerk of Court in the above-captioned action. A copy of the Petition (and any documents filed with it) is attached to this Original Notice.  Plaintiff's attorneys are **Konnor L. Hodges and Michael E. Altes of Gribble Boles Stewart & Witosky Law, 2015 Grand Avenue, Ste. 200, Des Moines, IA 50312; (515) 235-0551, fax (515) 243-3696.**

This Petition was filed on November 21, 2023.

**This case has been filed in a county that uses electronic filing.** Therefore, unless the attached Petition contains a hearing date for your appearance, you must electronically file a motion or answer within twenty (20) days after service of this Original Notice upon you. If you do not, judgment by default may be rendered against you for the relief demanded in the Petition. For general rules and information on electronic filing, refer to the Iowa Court Rules Chapter 16, pertaining to the use of the electronic document management system. For court rules on protection of personal privacy in court filings, refer to Division VI of Iowa Court Rules Chapter 16.

NOTE:  The attorney who is expected to represent the Defendant should be promptly advised by Defendant of the service of this Notice.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (515) 286-3394.  If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.

E-FILED  2023 NOV 21 1:11 PM JASPER - CLERK OF DISTRICT COURT

# Iowa Judicial Branch

| | |
|---|---|
| *Case No.* | **LACV123463** |
| County | **Jasper** |

*Case Title*   ZACHARY SEAMAN V. CITY OF NEWTON ET AL

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential.  For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(515) 286-3394** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/.  **Disability access coordinators cannot provide legal advice.**

*Date Issued*  **11/21/2023 01:11:17 PM**



*District Clerk of Court or/by Clerk's Designee of*  Jasper          *County*

**/s/ Karen Shields**

**AFFIDAVIT OF SERVICE**

| Case:<br>LACV123463 | Court:<br>Jasper County District Court | | County:<br>Jasper, IA | Job:<br>9978417 |
|---|---|---|---|---|
| Plaintiff / Petitioner:<br>Zachary Clark Seaman | | | Defendant / Respondent:<br>City of Newton, Iowa; Rob Burdess; Randy Oldfield, et al | |
| Received by:<br>HSPS Legal Services | | | For:<br>GBSW Law | |
| To be served upon:<br>City of Newton, Iowa | | | Court Date: | |

I, Ron Dollarhide, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   Michele Heisdorffer, 101 W 4th St S , Newton, IA 50208

Manner of Service:   Government Agency, Dec 1, 2023, 2:44 pm CST

Documents:   Original Notice; Petition at Law and Jury Demand (Received Nov 22, 2023 at 1:49pm CST)

**Additional Comments:**
1) Successful Attempt: Dec 1, 2023, 2:44 pm CST at 101 W 4th St S , Newton, IA 50208 received by Michele Heisdorffer. (Server's visual approximation) Age: 50-55; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'4"; Hair: Gray; Relationship: DEPUTY CITY CLERK; I MADE CONTACT WITH MICHELE HEISDORFFER WHO INFORMED ME THAT THE CITY CLERK WAS OUT OF THE OFFICE. MICHELE HEISDORFFER FURTHER TOLD ME THAT SHE WAS THE DEPUTY CITY CLERK AND AUTHORIZED TO ACCEPT LEGAL DOCUMENTS ON BEHALF OF THE CITY. BASED ON THIS INFORMATION I LEFT THE PAPERWORK WITH MICHELE HEISDORFFER DEPUTY CITY CLERK.

Fees: $60

State of:  IA  ) SS:
County of:  Polk  )

Ron Dollarhide    Date  12-1-23

HSPS Legal Services
160 Southgate Ave Ste A
Iowa City, IA 52240
319-354-2010

Signed and sworn to before me, a notary public, on this ___ day of DEC, 2023

Notary Public

My Commission Expires  10-14-26



**Erin L Shellmyer**
Commission No. 826837
My Commission Expires
10/14/2026

## AFFIDAVIT OF SERVICE

| Case:<br>LACV123463 | Court:<br>Jasper County District Court | County:<br>Jasper, IA | Job:<br>9978436 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Zachary Clark Seaman | | Defendant / Respondent:<br>City of Newton, Iowa; Rob Burdess; Randy Oldfield, et al | |
| Received by:<br>HSPS Legal Services | | For:<br>GBSW Law | |
| To be served upon:<br>Rob Burdess | | Court Date: | |

I, Ron Dollarhide, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:  Lisa Montgomery, Newton Police Dept. : 101 W 4th St S , Newton, IA 50208

Manner of Service:  Government Agency, Dec 1, 2023, 2:45 pm CST

Documents:  Original Notice; Petition at Law and Jury Demand (Received Nov 22, 2023 at 1:49pm CST)

Additional Comments:
1) Successful Attempt: Dec 1, 2023, 2:45 pm CST at Newton Police Dept. : 101 W 4th St S , Newton, IA 50208 received by Lisa Montgomery. (Server's visual approximation) Age: 30-35; Ethnicity: Caucasian; Gender: Female; Weight: 140; Height: 5'; Hair: Brown; Relationship: Administrative Assistant;
I MADE CONTACT WITH LISA MONTGOMERY WHO CONFIRMED THE DEFENDANT STILL WORKED FOR THE POLICE DEPARTMENT BUT STATED HE WAS NOT AVAILABLE. LISA MONTGOMERY TOLD ME THAT SHE WAS A ADMINSTRATIVE ASSITANT AND THAT SHE WAS AUTHORIZED TO ACCEPT LEGAL DOCUMENTS ON BEHALF OF THE POLICE DEPARTMENT. BASED ON THIS INFORMATION I LEFT THE PAPERWORK WITH LISA MONTGOMERY ADMINISTRATIVE ASSISTANT.

Fees: $35

State of:  _IA_

County of:  _Polk_          ) SS:

_(signature)_  12-1-23

Ron Dollarhide          Date

HSPS Legal Services
160 Southgate Ave Ste A
Iowa City, IA 52240
319-354-2010

Signed and sworn to before me, a notary public, on this
_____ day of _Dec_ _2023_

_(signature)_

Notary Public          10-14-26

My Commission Expires

NOTARIAL SEAL
IOWA

**Erin L Shellmyer**
Commission No. 826837
My Commission Expires
10/14/2026

## AFFIDAVIT OF SERVICE

| Case:<br>LACV123463 | Court:<br>Jasper County District Court | County:<br>Jasper, IA | Job:<br>9978449 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Zachary Clark Seaman | | Defendant / Respondent:<br>City of Newton, Iowa; Rob Burdess; Randy Oldfield, et al | |
| Received by:<br>HSPS Legal Services | | For:<br>GBSW Law | |
| To be served upon:<br>Randy Oldfield | | Court Date: | |

I, Ron Dollarhide, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   Lisa Montgomery, Newton Police Dept. : 101 W 4th St S , Newton, IA 50208

Manner of Service:   Government Agency, Dec 1, 2023, 2:45 pm CST

Documents:   Original Notice; Petition at Law and Jury Demand (Received Nov 22, 2023 at 1:49pm CST)

Additional Comments:
1) Successful Attempt: Dec 1, 2023, 2:45 pm CST at Newton Police Dept. : 101 W 4th St S , Newton, IA 50208 received by Lisa Montgomery. (Server's visual approximation) Age: 30-35; Ethnicity: Caucasian; Gender: Female; Weight: 140; Height: 5'; Hair: Bald; Relationship: Administrative Assistant;
I MADE CONTACT WITH LISA MONTGOMERY WHO CONFIRMED THE DEFENDANT STILL WORKED FOR THE POLICE DEPARTMENT BUT STATED HE WAS NOT AVAILABLE. LISA MONTGOMERY TOLD ME THAT SHE WAS A ADMINSTRATIVE ASSISTANT AND THAT SHE WAS AUTHORIZED TO ACCEPT LEGAL DOCUMENTS ON BEHALF OF THE POLICE DEPARTMENT. BASED ON THIS INFORMATION I LEFT THE PAPERWORK WITH LISA MONTGOMERY ADMINISTRATIVE ASSISTANT.

Fees: $ 35

State of:  IA  )
                          ) SS:
County of:  Polk  )

Ron Dollarhide                    12-1-23
Ron Dollarhide                    Date

HSPS Legal Services
160 Southgate Ave Ste A
Iowa City, IA 52240
319-354-2010

Signed and sworn to before me, a notary public, on this
1 day of Dec 2023

Notary Public   10-14-2026

My Commission Expires



**Erin L Shellmyer**
Commission No. 826837
My Commission Expires
10/14/2026

## AFFIDAVIT OF SERVICE

| Case:<br>LACV123463 | Court:<br>Jasper County District Court | County:<br>Jasper, IA | Job:<br>9978457 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Zachary Clark Seaman | | Defendant / Respondent:<br>City of Newton, Iowa; Rob Burdess; Randy Oldfield, et al | |
| Received by:<br>HSPS Legal Services | | For:<br>GBSW Law | |
| To be served upon:<br>John Doe | | Court Date: | |

I, Ron Dollarhide, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**  Lisa Montgomery, Newton Police Dept. : 101 W 4th St S , Newton, IA 50208

**Manner of Service:**  Government Agency, Dec 1, 2023, 2:45 pm CST

**Documents:**  Original Notice; Petition at Law and Jury Demand (Received Nov 22, 2023 at 1:49pm CST)

**Additional Comments:**
1) Successful Attempt: Dec 1, 2023, 2:45 pm CST at Newton Police Dept. : 101 W 4th St S , Newton, IA 50208 received by Lisa Montgomery. (Server's visual approximation) Age: 30-35; Ethnicity: Caucasian; Gender: Female; Weight: 140; Height: 5'; Hair: Brown; Relationship: Administrative Assistant;
I MADE CONTACT WITH LISA MONTGOMERY. LISA MONTGOMERY TOLD ME THAT SHE WAS A ADMINSTRATIVE ASSITANT AND THAT SHE WAS AUTHORIZED TO ACCEPT LEGAL DOCUMENTS ON BEHALF OF THE POLICE DEPARTMENT. BASED ON THIS INFORMATION I LEFT THE PAPERWORK WITH LISA MONTGOMERY ADMINISTRATIVE ASSISTANT.

Fees: $35

State of:  I A

County of:  Polk  ) SS:

_____  12-1-23
Ron Dollarhide                    Date

HSPS Legal Services
160 Southgate Ave Ste A
Iowa City, IA 52240
319-354-2010

Signed and sworn to before me, a notary public, on this
1st day of Dec , 2023

_____
Notary Public

10-14-26
My Commission Expires

**Erin L Shellmyer**
Commission No. 826837
My Commission Expires
10/14/2026

NOTARIAL SEAL
IOWA

## AFFIDAVIT OF SERVICE

| Case:<br>LACV123463 | Court:<br>Jasper County District Court | County:<br>Jasper, IA | Job:<br>9978429 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Zachary Clark Seaman | | Defendant / Respondent:<br>City of Newton, Iowa; Rob Burdess; Randy Oldfield, et al | |
| Received by:<br>HSPS Legal Services | | For:<br>GBSW Law | |
| To be served upon:<br>Austin Van Manen | | Court Date: | |

I, Ron Dollarhide, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   Lisa Montgomery, Newton Police Dept. : 101 W 4th St S , Newton, IA 50208

Manner of Service:   Government Agency, Dec 1, 2023, 2:45 pm CST

Documents:   Original Notice; Petition at Law and Jury Demand (Received Nov 22, 2023 at 1:49pm CST)

Additional Comments:
1) Successful Attempt: Dec 1, 2023, 2:45 pm CST at Newton Police Dept. : 101 W 4th St S , Newton, IA 50208 received by Lisa Montgomery. (Server's visual approximation) Age: 30-35; Ethnicity: Caucasian; Gender: Female; Weight: 140; Height: 5'; Hair: Brown; Relationship: Administrative Assistant;
I MADE CONTACT WITH LISA MONTGOMERY WHO CONFIRMED THE DEFENDANT STILL WORKED FOR THE POLICE DEPARTMENT BUT STATED HE WAS NOT AVAILABLE. LISA MONTGOMERY TOLD ME THAT SHE WAS A ADMINSTRATIVE ASSITANT AND THAT SHE WAS AUTHORIZED TO ACCEPT LEGAL DOCUMENTS ON BEHALF OF THE POLICE DEPARTMENT. BASED ON THIS INFORMATION I LEFT THE PAPERWORK WITH LISA MONTGOMERY ADMINISTRATIVE ASSISTANT.

Fees: $ 60

State of: _____ IA _____ )

County of: _____ Polk _____ ) SS:

_____   12-1-23
Ron Dollarhide                         Date

HSPS Legal Services
160 Southgate Ave Ste A
Iowa City, IA 52240
319-354-2010

Signed and sworn to before me, a notary public, on this
_____ 1 day of _____ Dec _____ 2023

_____
Notary Public
10-14-26

My Commission Expires

**Erin L Shellmyer**
Commission No. 826837
My Commission Expires
10/14/2026

NOTARIAL SEAL
IOWA

## AFFIDAVIT OF SERVICE

| Case:<br>LACV123463 | Court:<br>Jasper County District Court | County:<br>Jasper, IA | Job:<br>9978442 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Zachary Clark Seaman | | Defendant / Respondent:<br>City of Newton, Iowa; Rob Burdess; Randy Oldfield, et al | |
| Received by:<br>HSPS Legal Services | | For:<br>GBSW Law | |
| To be served upon:<br>Andrew Shinkle | | Court Date: | |

I, Ron Dollarhide, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   Lisa Montgomery, Newton Police Dept. : 101 W 4th St S , Newton, IA 50208

Manner of Service:   Government Agency, Dec 1, 2023, 2:45 pm CST

Documents:   Original Notice; Petition at Law and Jury Demand (Received Nov 22, 2023 at 1:49pm CST)

Additional Comments:
1) Successful Attempt: Dec 1, 2023, 2:45 pm CST at Newton Police Dept. : 101 W 4th St S , Newton, IA 50208 received by Lisa Montgomery. (Server's visual approximation) Age: 30-35; Ethnicity: Caucasian; Gender: Female; Weight: 140; Height: 5'; Hair: Brown; Relationship: Administrative Assistant;
I MADE CONTACT WITH LISA MONTGOMERY WHO CONFIRMED THE DEFENDANT STILL WORKED FOR THE POLICE DEPARTMENT BUT STATED HE WAS NOT AVAILABLE. LISA MONTGOMERY TOLD ME THAT SHE WAS A ADMINSTRATIVE ASSITANT AND THAT SHE WAS AUTHORIZED TO ACCEPT LEGAL DOCUMENTS ON BEHALF OF THE POLICE DEPARTMENT. BASED ON THIS INFORMATION I LEFT THE PAPERWORK WITH LISA MONTGOMERY ADMINISTRATIVE ASSISTANT.

Fees: $35

State of: IA )
) SS:
County of: Polk )

Ron Dollarhide                    12-1-23
Ron Dollarhide          Date

HSPS Legal Services
160 Southgate Ave Ste A
Iowa City, IA 52240
319-354-2010

Signed and sworn to before me, a notary public, on this ___ day of Dec , 2023

Notary Public          10-14-2026

My Commission Expires

Erin L Shellmyer
Commission No. 826837
My Commission Expires
10/14/2026